USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
OLGA RODRIGUEZ PASTOR,

                Plaintiff,

   -against-

HARLEM 421 FOOD CORP. (D/B/A KEYFOOD SUPERMARKET) and ROBERTO ESPINAL,

                Defendants.
-------------------------------------------------------------------X

**21-CV-11120 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties are requested to submit the settlement for a *Cheeks* review by May 20, 2022.

       **SO ORDERED.**

DATED:     New York, New York
              April 20, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge